Submitted on record and briefs April 24, affirmed; additional judgment awarded to respondent May 17, 1989

## WORKMAN & SONS, INC.,
*Respondent,*

*v.*

## RANDOLPH,
*Appellant.*

(65-688; CA A50094)

773 P2d 26

Richard W. Todd, Beaverton, filed the brief for appellant.

Frederick S. Carman and Karpstein & Verhulst, P.C., Hillsboro, filed the brief for respondent.

Before Graber, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals from a judgment for plaintiff in this action for money due on an account. None of his arguments has any merit, and we find that he had no probable cause for taking the appeal. Accordingly, we affirm and impose a ten percent penalty, pursuant to ORS 19.160. *Broyles v. Brown,* 295 Or 795, 671 P2d 94 (1983).

Affirmed; additional judgment of $696 awarded to respondent.